IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**<br>    Miami, Florida<br>        and<br><br>**JANE DOE**<br>    Atlanta, Georgia<br><br>      Plaintiffs,<br><br>      v.<br><br>**MERRILL LYNCH**<br><br>        and<br><br>**BANK OF AMERICA CORPORATION;**<br><br>      Defendants. | Civil Action No. 1:16-cv-253 |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION SEEKING PERMISSION TO USE PSEUDONYMS

In support of their motion seeking permission to use pseudonyms, Plaintiffs refer to:

1. Fed. R. Civ. P. 1, stating that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

2. The Complaint herein.

                                    Respectfully Submitted,

                                    */s/ Martin F. McMahon*
                                    Martin F. McMahon, Esq.
                                    D.C. Bar Number: 196642
                                    Martin F. McMahon & Associates
                                    1150 Connecticut Avenue, N.W., Suite 900

2

Washington, D.C. 20036
(202) 862 - 4343
mm@martinmcmahonlaw.com
*Counsel for Plaintiffs*