UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR - 1 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JOHN DOE, et al., )
)
    Plaintiffs, )
)
        v. )  Civil Action No. 16-253 (RWR)
)
MERRILL LYNCH, et al., )
)
    Defendants. )
)

## ORDER

Plaintiffs have filed a six-sentence motion seeking permission to file a complaint pseudonymously. Plaintiffs' sole reason to proceed under pseudonym is

> Plaintiff is a well-known international banking figure and held in high regard. As a result, he currently sits on numerous boards of prominent international business entities. Having his name published would damage the relationships he has with those entities. Publishing his daughter's name would pose similar difficulties for him.

Pls.' Mot. Seeking Permission to Use Pseudonyms at 1. Plaintiffs do not cite or provide any analysis of the factors that this Court uses to weigh "one party's need for anonymity against the public's right of access to court proceedings and the risk of unfairness to the opposing party." Doe v. Teti,

2015 WL 6689862 (RWR), at *1 (D.D.C. Oct. 19, 2015).

Accordingly, it is

ORDERED that plaintiffs' motion seeking permission to use pseudonyms be, and hereby is, DENIED without prejudice.

SIGNED this 29th day of February, 2016.

_____
RICHARD W. ROBERTS
Chief Judge