Oct-15-2010 07:18 AM Bank of America 2404851736                                  18/24

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Personal Signature Card with Substitute Form W-9**

Account Number ▉▉▉▉▉ 5234

☐ Temporary Signature Card (deposit accounts only)

Account Type  Adv Tiered Interest Chkg

Account Title  ▉▉▉▉▉▉▉▉▉

By signing below, I/we acknowledge and agree that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Personal Schedule of Fees, and the Miscellaneous Fees for Personal Accounts, and (2) if this account is a Line of Credit, the Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we also acknowledge and agree that the signature(s) will serve as verification for any transaction in connection with this account, and any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want interest reported. If a joint account is established, at the death of an owner, the balance in the account shall belong to the surviving owner(s).

**Substitute Form W-9.** (Required only for Deposit Accounts) Certification – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Instructions).

**Certification Instructions**

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Tax Identification Number | Report Interest On | Signature | Date | ATM/Check Card Requested? * (Deposit Accounts Only) |
|---|---|---|---|---|
| 1. ▉▉▉▉▉ | ☒ | ▉▉▉▉▉ | 10/13/10 | ☐ |
| 2. | ☐ | | | ☐ |
| 3. | ☐ | | | ☐ |
| 4. | ☐ | | | ☐ |
| 5. | ☐ | | | ☐ |

* By checking the box marked "ATM/Check Card Requested?", I/we hereb[y]   *Purged*   [fo]r a Check Card.

**Bank Information**

Customer 1
Name  ▉▉▉▉▉▉▉
Review Information  Approved Existing                  7/18/2009

Customer 2                                             09/13/2017
Name
Review Information

Customer 3
Name
Review Information

Customer 4
Name
Review Information

Customer 5
Name
Review Information

Date  10/13/2010        Banking Center Name  DOWNTOWN SILVER SPRING
Associate's Phone Number  301-588-9031        Associate's Name  GEORGE CIULU

20-14-9099M 10-2009
NMD