Jul-29-2011 05:16 PM Bank of America 678-686-0466                                    4/22

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Personal Signature Card with Substitute Form W-9**

Account Number ▇▇▇▇ 0206
Account Type  eBanking
Account Title  ▇▇▇▇▇▇▇▇▇▇

☐ Temporary Signature Card (deposit accounts only)

By signing below, I/we acknowledge and agree that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Personal Schedule of Fees, and the Miscellaneous Fees for Personal Accounts, and (2) if this account is a Line of Credit, the Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we also acknowledge and agree that the signature(s) will serve as verification for any transaction in connection with this account, and any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want interest reported.

**Substitute Form W-9.** (Required only for Deposit Accounts) Certification – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Tax Identification Number | Report Interest On | Signature | Date | ATM/Check Card Requested ? * (Deposit Accounts Only) |
|---|---|---|---|---|
| 1. ▇▇▇▇▇▇ | ☒ | ▇▇▇▇▇▇▇▇ |  | ☐ |
| 2. | ☐ |  |  | ☐ |
| 3. | ☐ |  |  | ☐ |
| 4. | ☐ |  |  | ☐ |
| 5. | ☐ |  |  | ☐ |

* By checking the box marked "ATM/Check Card Requested?", I/we hereby request an Automatic Teller Machine Card and/or a Check Card.

**Bank Information**

Customer 1
Name  ▇▇▇▇▇▇▇▇▇▇                                    US Driver License W/Photo
Review Information       Approved Existing            053841926
Customer 2
Name
Review Information
Customer 3
Name
Review Information
Customer 4
Name
Review Information
Customer 5
Name
Review Information
Date                     07/26/2011
Banking Center Name      BUCKHEAD
Associate's Name         GABRIELLE JOHNSON
Associate's Phone Number 678-686-0450
10-14-9009M  10-2009
NGA