UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>                    Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH and<br>BANK OF AMERICA CORP.<br><br>                    Defendants. | Case No. 1:16-cv-00253-RMC |

### DECLARATION OF SEAN RASH

I, Sean Rash, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am currently employed as Officer; Senior Operations Analyst, in the Legal Order Processing Department of Bank of America, N.A. ("BANA"), located at Newark, Delaware.

2. In that capacity, I am familiar with the manner in which BANA issues, maintains, and closes checking and savings accounts and am authorized to make this Declaration. I submit this Declaration in further support of Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated's ("Merrill Lynch") and Bank of America Corporation's ("BAC") Motion to Dismiss the Complaint by Plaintiffs John and Jane Doe.

3. The statements set forth in this Declaration are based upon my personal knowledge of the facts and my review of the documents and business records made available to me in my capacity as a Officer; Senior Operations Analyst in BANA's Legal Order Processing

Department at or around the time of execution of this Declaration.

4. It is BANA's regular practice to open, maintain, and close deposit accounts pursuant to the terms of the then-current Deposit Agreement and Disclosures (the "BANA Agreement"), as amended from time and time. It is BANA's regular practice to provide each accountholder with the then-current BANA Agreement whenever BANA opens a new account and, for existing account holders, whenever it amends the BANA Agreement. A copy of the then-current BANA Agreement is also available for download on BANA's website. Attached as **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** are true and correct copies of the 2010, 2011, and 2015 versions of the BANA Agreements, respectively.

5. It is BANA's regular practice to have deposit accountholders sign signature cards. Among other things, the signature cards provide that, in signing them, accountholders acknowledge and agree that their accounts are governed by the then-current BANA Agreement. Attached as **Exhibit 4** and **Exhibit 5** are true and correct copies of the most recent signature cards signed by John Doe and Jane Doe, respectively. In the publicly filed version of this Declaration, each card has been redacted to remove identifying personal information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2016

/s/ _[signature]_